**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 10-31157 | | | Trustee Name: | Robert E. Eggmann |
| Case Name: | WHITE, SILAS AND WHITE, SANDRA M | | | Date Filed (f) or Converted (c): | 04/30/2010 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 07/30/2010 |
| | | | | Claims Bar Date: | 02/16/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single family residence located at 4825 1/2 | $35,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** McCasland, Alorton, IL | | | | | |
| 2  U.S. Currency | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Bank account at First Bank | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Bank account at US Bank | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  Scott Federal Credit Union accounts | $800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  Assorted household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  Assorted CDs; DVDs; and knick knacks | $30.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  Personal clothing of debtors | $450.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  Ladies and men's jewelry | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  1997 Ford Taurus (inoperable) | $800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11  1993 Chevrolet Corsica with 181k miles | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  1992 GMC Safari Explorer | $1,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  Personal Injury claim against Monsanto/Cerro Copper | Unknown | $0.00 | | $0.00 | $50,000.00 |
| **Asset Notes:** Value estimated by trustee; Corrected asset description | | | | | |

**TOTALS (Excluding unknown value)**                          **Gross Value of Remaining Asset**

                          $40,080.00             $0.00             $0.00             $50,000.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| | |  | | |
|---|---|---|---|---|
| Case No.: | 10-31157 | | Trustee Name: | Robert E. Eggmann |
| Case Name: | WHITE, SILAS AND WHITE, SANDRA M | | Date Filed (f) or Converted (c): | 04/30/2010 (f) |
| For the Period Ending: | 09/30/2023 | | §341(a) Meeting Date: | 07/30/2010 |
| | | | Claims Bar Date: | 02/16/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/04/2023 | Cerro Copper litigation still pending |
| 05/03/2023 | Cerro Copper litigation still pending |
| 02/01/2023 | Cerro Copper litigation still pending |
| 09/02/2022 | Cerro Copper litigation still pending |
| 07/15/2022 | File TR OTCL 1-1S |
| 07/12/2022 | Filed Appl Employ CM as Atty |
| 05/19/2022 | PI case still pending |
| 09/30/2020 | Personal injury Monsanto/Cerro case |
| 10/09/2013 | O GR Appl Employ Special Counsel entered |
| 10/08/2013 | Filed Appl Employ Special Counsel |

**Initial Projected Date Of Final Report (TFR):** 12/31/2011       **Current Projected Date Of Final Report (TFR):** 12/31/2024       /s/ ROBERT E. EGGMANN

ROBERT E. EGGMANN